UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-14306-MIDDLEBROOKS

EDUARDO CISNEROS,

    Plaintiff,

vs.

SAFETY HOLDINGS, INC.,

    Defendant.

_____/

## ORDER REFERRING DISCOVERY MOTIONS

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, all discovery motions in this matter are hereby referred to United States Magistrate Judge Shaniek M. Maynard for resolution.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of April, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Magistrate Judge Shaniek M. Maynard