UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14306-CV-MIDDLEBROOKS/Maynard

EDUARDO CISNEROS,

    Plaintiff,

v.

SAFETY HOLDINGS,

    Defendant

_____/

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, ANTONIO G. HERNANDEZ, P.A., requests that this Honorable Court enter an Order permitting the undersigned to withdraw from the case and from further representation of Plaintiff, EDUARDO CISNEROS, and in support thereof, the undersigned states as follows:

1. Multiple grounds for withdrawal exist under Rule 4-1.16(b), Florida Rules of Professional Conduct.
2. The undersigned has attempted in good faith to resolve these matters.
3. The above-described matters constitute an irreconcilable difference that make it impossible for Plaintiff's counsel to continue to adequately and effectively represent Plaintiff and is good cause for withdrawal.
4. Withdrawal can be accomplished without any material adverse effect on the interests of Plaintiff.
5. Requiring the undersigned to remain on the case would impose an unreasonable financial burden on the undersigned and would adversely affect Plaintiff's ability to effectively present his case.
6. Plaintiff has been given Notice of the undersigned's instant Motion and has not raised an objection to the undersigned's withdrawal. All future correspondence shall be directed to Plaintiff at:

**Eduardo Luis Garcia Cisneros**
**14 S. Glenwood Ave.**
**Avon Park, Florida 33825**

WHEREFORE, undersigned counsel respectfully requests this Honorable Court grant this Motion to Withdraw as counsel for the above-named Plaintiff.

## Certificate of Service

Page **1** of **2**

  I certify that a true and correct copy of this document was served on all parties and counsel of record on the date of file via the CM/ECF E-File Portal and that Plaintiff has been given Notice of the undersigned's intention to withdrawal from this matter and has not raised an objection.

                Respectfully submitted,

                */s/ Antonio G. Hernández*

                ANTONIO G HERNÁNDEZ, ESQ
                ANTONIO G HERNÁNDEZ PA
                FL Bar No.: 164828
                2525 Ponce De León Boulevard
                Coral Gables, FL 33134
                Phone: 305-282-3698
                Email: HERN8491@bellsouth.net