UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14306-CV-MIDDLEBROOKS

EDUARDO CISNEROS,

    Plaintiff,

v.

SAFETY HOLDINGS,

    Defendant.

_____/

## ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW

THIS CAUSE comes before the Court upon the Motion to Withdraw Counsel, filed by Attorney Antonio G. Hernandez, on April 12, 2023. (DE 43). The Motion cites irreconcilable differences between counsel and Plaintiff. The Motion complies with Southern District of Florida Local Rule 11.1(d)(3), which requires notice to be served on the client and opposing counsel, and a statement of the current mailing address of the client. Having considered the motion and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion to Withdraw (DE 43) is **GRANTED**.
2. Antonio G. Hernandez, P.A. shall have no further responsibility in this matter and shall be removed from the CM/ECF notification system and from the certificates of service for all pleadings, correspondence, and orders.
3. Plaintiff Eduardo Cisneros shall have until **April 24, 2023,** to secure new counsel, or to advise the court of his intent to proceed *pro se* in this matter. *Plaintiff is cautioned that failure to comply with this deadline may result in dismissal of this action for failure to prosecute and/or failure to comply with court orders.*
4. Until new counsel is secured, Defendant is **DIRECTED** to serve all papers on the Plaintiff at his last known address: 14 S. Glenwood Ave., Avon Park, FL 33825.

5. Attorney Antonio G. Hernandez must **SERVE** a copy of this Order upon Plaintiff within **TWO (2) DAYS** from the date of entry of this Order and confirm the Plaintiff's receipt thereof. Counsel is further **DIRECTED** to file a certificate of service with the court indicating the date on which service was accomplished and the manner in which Plaintiff's receipt of this Order was confirmed.

6. At this time, I decline to modify and/or extend any litigation deadlines as a result of counsel's withdrawal. Should the need arise later, I will revisit this issue upon the filing of an appropriate motion, which must set forth specific facts to support a finding of good cause, and which must show diligent efforts to comply with the current schedule.

**SIGNED** in Chambers at West Palm Beach, Florida this 14th day of April, 2023.

Donald M. Middlebrooks
United States District Judge